# Exhibit 2

Hi Richard Garbarini,

Thank you very much for your notification. We were unable to remove all of the URLs that you submitted.

The following URLs have been removed:

http://www.youtube.com/watch?v=MC8OdozcbbA

The following URLs were provided to us under license by a YouTube partner for use by YouTube as an Art Track:

http://www.youtube.com/watch?v=h9gmGn71e-I

You can find the licensor's name in the video description, where it says, "Provided to YouTube by [licensor name]". Even if the licensor's name is unfamiliar to you, they may be a distributor or other authorized company who works with your label. When the licensor provided us with the content, they asserted their right to distribute it on YouTube. For this reason, we will not be able to comply with your removal request. You may wish to pursue the matter with the licensor or reach out to your label about whether they work with the licensor on your behalf.

If you still believe that you have the exclusive rights to the content and that it should not be on YouTube, please let us know on this thread and explain the outcome of the conversation you've had with your label. At that point, we'll re-evaluate your request.

- The YouTube Team