# Exhibit 4

**Print**   |   **Close Window**

**Subject:** Re: Charming Beats LLC adv. Distrokid LLC f/k/a PK Interactive LLC
**From:** Jerry Chiang <jerry@distrokid.com>
**Date:** Wed, Sep 15, 2021 2:58 pm
**To:** Richard Garbarini <rgarbarini@garbarinilaw.com>

Mr. Garbarini,

Requested Info is as follows:

Uploader name: Quentin Langlet
Phone: +33617540291
Location: Pomponne, France
Email: langlet.quentin@gmail.com
DSPs: Spotify, Instagram/Facebook, TikTok, YouTube Music, Amazon, Soundtrack by Twitch, Pandora, Deezer, Tidal, iHeartRadio, ClaroMusica, Saavn, Boomplay, Anghami, KKBox, NetEase, Tencent, Qobuz, Triller, Yandex Music, MediaNet

Uploader name: Gabin Bienchair
Phone: +33627383110
Location: Wintzenheim, France
Email: akgakgprod@gmail.com
DSPs: Spotify, Instagram/Facebook, TikTok, YouTube Music, Amazon, Soundtrack by Twitch, Pandora, Deezer, Tidal, iHeartRadio, ClaroMusica, Saavn, Boomplay, Anghami, KKBox, NetEase, Tencent, Qobuz, Triller, Yandex Music, MediaNet

Best,

Jerry

Jerry Chiang
Director, Legal & Business Affairs
DistroKid


On Sep 14, 2021, at 4:38 PM, Richard Garbarini <rgarbarini@garbarinilaw.com> wrote:

Mr. Chiang:

There is no information to gather, it is readily obtainable.  The first two notices were mailed and emailed to pk@distrokid.com and support@disytrokid.com.


**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at

212.300.5358 and delete this message from your system.

> -------- Original Message --------
> Subject: Re: Charming Beats LLC adv. Distrokid LLC f/k/a PK Interactive LLC
> From: Jerry Chiang <jerry@distrokid.com>
> Date: Tue, September 14, 2021 7:17 pm
> To: Richard Garbarini <rgarbarini@garbarinilaw.com>
>
> Mr. Garbarini,
>
> We are working on gathering the requested information for your client, and I hope to share with you ASAP.
>
> As for your previous question, please let me know to whom your initial correspondence was directed.
>
> Best,
>
> Jerry
>
>> On Sep 14, 2021, at 3:10 PM, Richard Garbarini <rgarbarini@garbarinilaw.com> wrote:
>>
>> Mr. Chiang:
>>
>> If DistroKid prefers to litigate, that is accepted by my client. I will hold off until 12:00 pm tomorrow to allow you to respond to my inquiry below.
>>
>>
>> **Richard Garbarini**
>> GARBARINI FITZGERALD P.C.
>> 250 Park Avenue, 7th Fl.
>> New York, NY 10177
>> Office : 212.300.5358
>> Fax : 212.731.0278
>> www.garbarinilaw.com
>> *certa bonum certamen*
>>
>> CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.
>>
>>
>>> -------- Original Message --------
>>> Subject: RE: Final Notice

From: "Richard Garbarini" <rgarbarini@garbarinilaw.com>
Date: Mon, September 13, 2021 4:54 pm
To: "Jerry Chiang" <jerry@distrokid.com>

Mr. Chiang:

Kindly identify every third-party the infringing recording and composition was sent to, and the name and contact information of the uploader.

You also did not answer my previous question regarding why DK allowed the infringing track to be uploaded after notice.


**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.


> -------- Original Message --------
> Subject: Re: Final Notice
> From: Jerry Chiang <jerry@distrokid.com>
> Date: Mon, September 13, 2021 2:04 pm
> To: Richard Garbarini <rgarbarini@garbarinilaw.com>
>
> Mr. Garbarini,
>
> Content has been removed and uploading accounts have been banned.
>
> Best,
>
> Jerry
>
> Jerry Chiang
> Director, Legal & Business Affairs
> DistroKid

On Sep 13, 2021, at 1:10 AM, Richard Garbarini <rgarbarini@garbarinilaw.com> wrote:

Mr. Chiang:

Notice was served on DistroKid on behalf of my client, and by YouTube that this exact track infringed my client's rights. Your client elected to ignore that notice and redistribute the same infringing track (with a blurred cover are -- blurred because it was a picture of the original infringer Ninho) widely to YouTube, Spotify, Anghami, Amazon, TikTok, Deezer, Shazam, Last.Fm, Pandora, Apple Music, and iTunes, among other platforms.

DistroKid has directly infringed my client's rights, and is liable for the contributory infringement of each third-party infringer. DistroKid claimed it owned all or part of the copyright in the infringing upload on YouTube. Perhaps more troubling is the first upload of the infringing track to YouTube didn't include an artist name and identified Records DK as the label. DistroKid's actions were not that of a passive royalty collection service, it actively took actions that directly infringed and materially contributed to the infringement of others.

Kindly inform me by the end of the day today what actions DistroKid has taken regarding this matter. My client reserves all rights at law and in equity in this matter, and we will take the appropriate action after reviewing your response.


**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: Re: Final Notice
From: Jerry Chiang <jerry@distrokid.com>
Date: Sun, September 12, 2021 9:35 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

moving legal@ to bcc

Mr. Garbarini,

We are in receipt of your letter and will review and take appropriate action.

Thanks and best,

Jerry

Jerry Chiang
Director, Legal and Business Affairs
DistroKid

> On Sep 12, 2021, at 3:08 PM, Richard Garbarini <rgarbarini@garbarinilaw.com> wrote:
>
>
> Mr. Kaplan:
>
> See the attached.
>
>
> **Richard Garbarini**
> GARBARINI FITZGERALD P.C.
> 250 Park Avenue, 7th Fl.
> New York, NY 10177
> Office : 212.300.5358
> Fax : 212.731.0278
> www.garbarinilaw.com
> *certa bonum certamen*
>
> CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI



FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.
<Distro Kid Final Notice of Infringement.pdf>
<Distro Kid Notice of Infringement.pdf>

Copyright © 2003-2021. All rights reserved.